UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:20-cr-70 |
| v. ) | |
| ) | SENTENCING MEMORANDUM |
| ISAIAH MICHAEL McALLISTER, ) | |
| ) | |
| Defendant. ) | |

The government, by and through the undersigned Assistant United States Attorney, files this sentencing memorandum in anticipation of the sentencing hearing.

**TABLE OF CONTENTS**

I.     BACKGROUND ........................................................................................ 1

II.    SENTENCING CALCULATION ............................................................ 2

III.   GOVERNMENT'S RECOMMENDATION ............................................ 2

**I.     BACKGROUND**

A one-count Indictment was filed on July 7, 2020, in the Southern District of Iowa, charging Isaiah Michael McAllister with Felon in Possession of a Firearm, on or about March 30, 2020, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2). (PSR ¶ 1.) A Notice of Forfeiture was also filed. *Id.*

On September 15, 2020, the defendant pled guilty as charged. (PSR ¶ 2.) On September 30, 2020, the Court accepted the defendant's plea and adjudicated him guilty. *Id.*

There is no written plea agreement and no counts to dismiss. (PSR ¶ 3.)

## II. SENTENCING CALCULATION

In the presentence report paragraphs 20-29, the defendant's guideline range was calculated as follows:

| | |
|---|---:|
| BOL [USSG §2K2.1(a)(6)(A)] | 14 |
| SOC [USSG §2K2.1(b)(6)(B) ("in connection")] | +4 |
| Reckless Endangerment during Flight [USSG §3C1.2] | +2 |
| Acceptance | - 3 |
| Total Offense Level | **=17** |
| Criminal History Category (PSR ¶ 42): | IV |
| Guideline Sentencing Range (PSR ¶ 96): | 37 to 46 months |

## III. GOVERNMENT'S RECOMMENDATION

The sentencing statutes inform this Court that it must impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. §3553(a)(2).  The Court, in determining the particular sentence to be imposed, shall also consider the nature and circumstances of the offense and the history and characteristics of the defendant. 18 U.S.C. §3553(a)(1). The sentence

must "avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

The government will ask the District Court to find a final advisory guideline range of Level 17/Criminal History category IV: 37 to 46 months. The statutory maximum term of imprisonment is ten years. The Government is recommending a guidelines sentence.

The defendant is 22 years old. (PSR p. 2.) For his age, the defendant has already had significant criminal involvement, including a juvenile adjudication for aggravated robbery with a firearm (PSR ¶ 32), a conviction for domestic battery bodily harm (PSR ¶ 37); and a conviction for obstruction of justice (PSR ¶ 38). The defendant has acknowledged he is a member of the MMG criminal street gang (PSR ¶ 13), and has an "MMG" tattoo across his neck (PSR fn. 1). The defendant has no history of verifiable employment. (PSR ¶¶ 85-87.) In this case, the defendant was involved in a verbal confrontation at an apartment complex where he was observed in possession of a firearm, and acknowledged referencing the gun during the altercation. (*See* PSR ¶¶ 6, 13.) The defendant then ran from the police, and hid a loaded firearm in a common area of an apartment complex where children were playing. (PSR ¶¶ 6, 8.) Given the defendant's history of violence; his unlawful possession of the firearm here; his possession of, and reference to, the firearm during a confrontation at an apartment complex; his flight from law enforcement; his disposal of the loaded firearm where children were playing; and his gang association, it is clear that the defendant is a significant danger to the public.

WHEREFORE, the government prays the District Court consider this sentencing memorandum in determining the final sentence of the defendant.

                                                Respectfully submitted,

                                                Richard Westphal
                                                Acting United States Attorney

By:   */s/ Andrea L. Glasgow*
       Andrea L. Glasgow
       Assistant United States Attorney
       U.S. Courthouse
       131 E. Fourth Street, Suite 310
       Davenport, Iowa 52801
       Tel: (563) 449-5432
       Fax: (563) 449-5433
       Email: andrea.glasgow@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.

UNITED STATES ATTORNEY

By: */s/ Andrea L. Glasgow*
    Andrea L. Glasgow, Assistant United States Attorney